UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Garry Tzvi Zookin,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>CSAA General Insurance Company.,<br><br>　　　　　Defendant(s). | 2:23-cv-01976-JCM-MDC<br><br>**ORDER DENYING STIPULATION** |

　　　IT IS ORDERED that the *Stipulation for the Extension of Time* (ECF No. 22) is DENIED. The proposed extensions show overlapping and inconsistent discovery deadlines.  The parties' proposed discovery deadline occurs after the proposed dispositive motion deadline, and on the same day as the joint pre-trial order.

　　　DATED this 11th day of July 2024.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge