NOAH A. DURAN, ESQ.
Nevada Bar No. 15033
**VAN LAW FIRM**
1290 S Jones Boulevard
Las Vegas, NV 89146
(725) 900-9000 Telephone
(702) 800-4662 Facsimile
noah@vanlawfirm.com
*Attorney for Plaintiff Garry Tzvi Zookin*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARRY TZVI ZOOKIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CSAA GENERAL INSURANCE COMPANY, a foreign corporation; DOE EMPLOYEES I-V; ROE CORPORATIONS I-V,<br><br>Defendants. | CASE NO. 2:23-cv-01976<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br><br>(Second Request) |

Pursuant to Fed R. Civ. P. 6, Fed. R. Civ. P. 26, LR IA 6-1, LR IA 6-2, LR 7-1, and LR 26-3, the parties, by and through their respective counsel of record, stipulate and agree that there is good cause to extend discovery deadlines as set forth below.

**I.   DISCOVERY COMPLETED TO DATE PURSUNT TO LR 26-3**

1. Plaintiff's Initial Disclosures of Witnesses and Documents Pursuant to FRCP 26(a)(1) was mailed to Defendant's counsel on February 08, 2024.

2. Defendant's Initial Disclosure of Witnesses and Documents Pursuant to RFCP 26(a)(1) was mailed to plaintiff's counsel on March 12, 2024.

1

3. Plaintiff's First Set of Request for Production of Documents, First Set of Request for Admissions, and First Set of Interrogatories to Defendant were mailed to Defendant's counsel on May 09, 2024.

4. Defendant's responses to Plaintiff's First Set of Request for Production of Documents, First Set of Request for Admissions, and First Set of Interrogatories were mailed to Plaintiff's counsel on June 07, 2024.

5. Plaintiff filed his Initial Designation of Expert Witnesses on May 21, 2024.

6. Defendant filed its Initial Designation of Expert Witnesses on June 24, 2024.

## II.  DISCOVERY THAT REMAINS TO BE COMPLETED PURSUANT TO LR 26-3

a. Discovery Requests of Defendant.

b. Rebuttal Expert Disclosures of both parties.

c. Depositions of both parties.

d. Depositions of experts and/or medical providers.

e. Any remaining discovery the parties deem relevant and necessary as discovery continues.

## III.  REASONS THE PARTIES REQUEST TO EXTEND THE DISCOVERY DEADLINES PURSUANT TO LR 26-3

This Request for an extension of time is not sought for any improper purpose or for purpose of delay. Both Parties have been diligent in litigating this matter to date; however, due to scheduling conflicts the parties are requesting an extension of time for discovery. Plaintiff's counsel is working to coordinate with Defendant's counsel to hold a 30(b)(6) deposition of Defendant which has taken time to identify the subjects of testimony, the identity of the appropriate witness(es) and scheduling of the witness(es) based on the topic areas. Given

the remaining discovery, the parties agree that a sixty (60) day extension is warranted. Counsel is also discussing settlement as an incentive in trying to settle this case is to save on expert costs.

Moreover, this is the first request for any extension of deadlines and the requested extension **will NOT impact the current trial date.**

### IV.     PURSUANT TO LR 26-3 THE PARTIES STIPULATE TO THE FOLLOWING PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

In the original stipulated joint discovery plan [Doc.20] the parties agreed—and the Court approved—a discovery cutoff deadline of August 24, 2024. However, the parties erroneously submitted a July 24, 2024, deadline for dispositive motions, which was 30 days before the close of discovery. The dispositive motion deadline is presumptively 30 days *after* the close of discovery. See LR 26-1(b)(4). Therefore, the original dispositive motion deadline should have been September 23, 2024, not July 24, 2024. That error in the dispositive motion deadline led to an inaccurate joint pre-trial statement deadline of August 23, 2024—30 days before the correct dispositive motion deadline. The correct pre-trial statement deadline should have been 30 days after the dispositive motion deadline, on October 23, 2024.

Accordingly, the parties' request the Court modify the deadlines as follows to reflect the correct presumptive deadlines and accommodate their requested extension as set forth herein:

1. Modifying the discovery cut-off deadline from August 23, 2024, to **October 22, 2024;**
2. Modifying the deadline to file dispositive motions from (as corrected) September 23, 2024, to **November 22, 2024;**

3

3. Modifying the date to file the Joint Pre-Trial Order from (as corrected) October 23, 2024, to **December 23, 2024.** If dispositive motions are filed, the joint pretrial order is due thirty (30) days from the entry of the court's ruling on the motions.

4. Fed. R. Civ. P. 26(a)(3) Disclosures must be included in the Joint Pre-Trial Order.

**STIPULATED AND AGREED TO**

Dated this 23rd day of July, 2024.

| VAN LAW FIRM | THE CAVANAGH LAW FIRM, P.A. |
|---|---|
| /s/ Noah A. Duran<br>NOAH A. DURAN, ESQ.<br>Nevada Bar No. 15033<br>1290 S Jones Boulevard<br>Las Vegas, NV 89146<br>(725) 900-9000 Telephone<br>(702) 800-4662 Facsimile<br>noah@vanlawfirm.com<br>*Attorney for Plaintiff Gary Zookin* | /s/ William M. Demlong<br>WILLIAM M. DEMLONG, ESQ.<br>Nevada Bar No. 7674<br>PAMELA A. MCKAY, ESQ.<br>Nevada Bar No. 7812<br>wdemlong@cavanaghlaw.com<br>pmckay@mckaylawfirmchtd.com<br>8440 West Lake Mead Blvd., Suite 11<br>Las Vegas, Nevada 89128<br>Tel: (702) 835-6956<br>Fax: (702) 835-6957<br>*Attorneys for Defendant CSAA* |

## ORDER

Based on the Stipulation of the Parties and good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the discovery deadlines will be extended as agreed to by the parties herein; a separate amended scheduling order will not be issued.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the current Trial be moved to the next available stack in accordance with the discovery deadlines proposed herein.

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE
Dated: 7/25/24

*Submitted by:*

/s/ Noah A. Duran
NOAH A. DURAN, ESQ.
Nevada Bar No. 15033
**VAN LAW FIRM**
1290 S Jones Boulevard
Las Vegas, NV 89146
(725) 900-9000 Telephone
(702) 800-4662 Facsimile
noah@vanlawfirm.com
*Attorney for Plaintiff Gary Zookin*